PER CURIAM.

(No. 74-CC-106— )

FAIRBANKS MORSE WEIGHING SYSTEMS DIVISION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed April 11, 1975.*

FAIRBANKS MORSE WEIGHING SYSTEMS DIVISION, Claimant, pro se.

William J. Scott, Attorney General; William J. Karaganis, Assistant Attorney General, for Respondent.

Per Curiam.